UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| New Atrirum, LLC | § § § § | Case No. 17-04567 |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 02/16/2017. The case was converted to a Chapter 7 on 05/25/2017. The undersigned trustee was appointed on 05/26/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 1,100,428.50 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 15,273.89 |
| Bank Service Fees | | 1,231.06 |
| Other Payments to Creditors | | 922,417.89 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 161,505.66 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/27/2017 and the deadline for filing governmental claims was 09/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $56,071.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $56,071.54, for a total compensation of $56,071.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $458.69 for total expenses of $458.69

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  12/20/2017                              By :  /s/ Joseph A. Baldi
                                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | |
|---|---|
| Case No: 17-04567 | Judge: Janet S. Baer |
| Case Name: New Atrirum, LLC | Trustee Name: Joseph A. Baldi |
| | Date Filed (f) or Converted (c): 05/25/2017 (c) |
| | 341(a) Meeting Date: 02/16/2017 |
| For Period Ending: 12/20/2017 | Claims Bar Date: 09/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1212 N LaSalle, Chicago, IL 60610 | 1,100,000.00 | 1,100,000.00 | | 1,100,000.00 | FA |
| 2. MB Financial | 2,325.00 | 428.50 | | 428.50 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,102,325.00 | 1,100,428.50 | | 1,100,428.50 | 0.00 |

Re Prop. #1  Real property sold per order 7/11/17 [dkt 70]
Re Prop. #2  Trustee obtained turnover of funds in bank as of conversion date

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 10, 2017:  The closing for the sale of the real property took place on August 25, 2017.  The first mortgage and customary costs of sale were paid at closing per the order approving sale [dkt 70].  Trustee deposited net proceeds of $162,355.82 into Estate as a result of the sale.  Trustee prepared and filed his Report of Sale on 8/29/17 [dkt 78].  Trustee worked with his accountants to prepare and file Estate tax returns.

August 15, 2017:  Trustee received this court's authority to sell the real property pursuant to an order dated 7/11/17 [dkt 70].  Trustee prepared and filed operating reports for the ch. 11 period [dkt 75, 76] and a ch. 11 trustee final report [dkt 74] on 8/8/11.

June 30, 2017:  An involuntary chapter 11 petition was filed against the Debtor in February 2017.  An order for relief was entered on March 28, 2017 and Joseph Baldi was appointed chapter 11 trustee on April 25, 2017.  Chapter 11 trustee investigated the Debtor's assets and liabilities and conducted an extensive review of the pleadings in the bankruptcy case as well as the foreclosure case filed by Evergreen Bank in July 2016 and pending in the NDIL and the adversary case filed against the USA to determine the validity, priority and extent of a lien asserted by USA against Michael Chezan.  Ch. 11 trustee also reviewed multiple operating documents to which the Debtor was a party.  Ch. 11 trustee negotiated with the minority owner for a sale of the real property.  On May 25, 2017, on the ch. 11 trustee's motion, the case was converted to a chapter 7 case.  Trustee filed his motion to approve the proposed sale to the minority owner which was approved by the Court on July 11.

Trustee reviewed adversary complaint against USA, negotiated agreement to dismiss with USA agreeing not to assert a lien on property of the estate.

Trustee will close sale, review claims and investigate further assets.  Expect to close case by year end.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 17-04567 | **Judge:** Janet S. Baer | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** New Atrirum, LLC | | **Date Filed (f) or Converted (c):** 05/25/2017 (c) |
| | | **341(a) Meeting Date:** 02/16/2017 |
| **For Period Ending:** 12/20/2017 | | **Claims Bar Date:** 09/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018      **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**      /s/Joseph A. Baldi      **Date:** 12/20/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | New Atrirum, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2017 | | Joseph A Baldi, chapter 11 trustee | turnover of funds from chapter 11 trustee | | 110,428.50 | | 110,428.50 |
| | [1] | | turnover of earnest money deposit          110,000.00 | 1110-000 | | | |
| | [2] | | turnover of balance of bank account                 428.50 | 1129-000 | | | |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 29.86 | 110,398.64 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 154.26 | 110,244.38 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 154.05 | 110,090.33 |
| 08/08/2017 | [1] | Pamela Ross<br>91 Meadowview Drive<br>Northfield, IL 60093 | Additional Earnest Money Deposit for Sale of 1212 LaSalle Street (sold per order 7/11/17 [dkt 70] | 1110-000 | 50,000.00 | | 160,090.33 |
| 08/22/2017 | | Pamela Ross<br>91 Meadowview Drive<br>Northfield, IL 60093 | Additional Earnest Money Deposit for Sale of 1212 LaSalle Street (sold per order 7/11/17 [dkt 70] | 1110-000 | 40,000.00 | | 200,090.33 |
| | | | | Page Subtotals | 200,428.50 | 338.17 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-04567 | Trustee Name: Joseph A. Baldi |
| Case Name: New Atrirum, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5609 Checking Account |
| Taxpayer ID No: **-***2588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/20/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/24/2017 | 51001 | Chicago Title Land Trust Company<br>10 S La Salle St<br>Chicago, IL 60603 | Land Trust Fees | 2500-000 | | 2,460.00 | 197,630.33 |
| 08/25/2017 | | First American Title Insurance Company<br>30 N LaSalle Street, Suite 2220<br>Chicago, IL 60602 | Transfer of Earnest Money received 8/22/17 from Pamela Ross to Title Company to cover closing costs | 1110-000 | (40,000.00) | | 157,630.33 |
| 08/28/2017 | | First American Title Insurance Company<br>30 North LaSalle Street, Ste. 2220<br>Chicago, IL 60602 | Net Sale Proceeds Received from Closing of 1212 N LaSalle St (sold per order 7/11/17 [dkt 70]) | | 4,815.82 | | 162,446.15 |
| | [1] | | Earnest money received 8/22/17 from Pamela Ross (transferred to title company from Estate on 8/25/17) | 40,000.00 | 1110-000 | | |
| | [1] | | Balance of gross sale proceeds from P. Ross (sold per order 7/11/17 [dkt 70] | 900,000.00 | 1110-000 | | |
| | | | First American Title - Closing Protection Coverage to Title Company | (50.00) | 2500-000 | | |
| | | | First American Title - Deed & Money Escrow to Title Company | (800.00) | 2500-000 | | |
| | | | First American Title - Commitment Update Search to Title Company | (125.00) | 2500-000 | | |
| | | | First American Title - Chicago Water Process & Payment Service Fee | (75.00) | 2500-000 | | |
| | | | Page Subtotals | | (35,184.18) | 2,460.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-04567 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | New Atrirum, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/20/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | First American Title - Owner's Policy to Title Company | (3,600.00) | 2500-000 | | |
| | | | First American Title - Commercial Extended Coverage to Title Company | (350.00) | 2500-000 | | |
| | | | First American Title - County Transfer Tax to Title Company | (550.00) | 2500-000 | | |
| | | | First American Title - City Transfer Tax to Title Company | (3,300.00) | 2500-000 | | |
| | | | First American Title - State Transfer Tax to Title Company | (1,100.00) | 2500-000 | | |
| | | | Special Assessment & Balance thru 8/31/17 to LaSalle Private Residences | (2,566.29) | 2500-000 | | |
| | | | Water Certification to Lawyer's Legs, Inc. | (250.00) | 2500-000 | | |
| | | | Evergreen Bank (claim 1) - First Mortgage - balance of payoff, in full, as of closing date (claim 1) | (887,670.87) | 4110-000 | | |
| | | | Cook County Treasurer- County Taxes (1/1/17 - 8/18/17) | (34,747.02) | 4700-000 | | |
| 08/30/2017 | 51002 | Trustee Insurance Agency - Seneca 2813 West Main Kalamazoo, MI 49006 | Commercial Insurance - 8/10 - 8/25/17 Policy No. RMP4700056 | | 2420-000 | 47.60 | 162,398.55 |
| | | | | Page Subtotals | 4,815.82 | 47.60 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-04567 | Trustee Name: Joseph A. Baldi |
| Case Name: New Atrirum, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5609 Checking Account |
| Taxpayer ID No: **-***2588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 12/20/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 213.87 | 162,184.68 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.69 | 161,957.99 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.33 | 161,731.66 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.00 | 161,505.66 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 892.89 |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 165,244.32 | 3,738.66 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 165,244.32 | 3,738.66 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 165,244.32 | 3,738.66 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | New Atrirum, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 12/20/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | All Accounts Gross Receipts: | 1,100,428.50 | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | All Accounts Gross Disbursements: | 938,922.84 | ******5609 Checking Account | 165,244.32 | 3,738.66 | |
| | All Accounts Net: | 161,505.66 | **Net Totals** | 165,244.32 | 3,738.66 | 161,505.66 |

Case: 17-04567
New Atrirum, LLC

Case 17-04567    Doc 81    Filed 01/19/18    Entered 01/19/18 10:53:06    Desc Main
Document      Page 10 of 14

EXHIBIT C — Page 1
Exhibit C

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 161,505.66 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 56,071.54 | 0.00 | 56,071.54 | 56,071.54 | 105,434.12 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2200-000<br>ADMIN | 100 | 458.69 | 0.00 | 458.69 | 458.69 | 104,975.43 |
| | Trustee Insurance Agency | 2420-000<br>ADMIN | 100 | 47.60 | 47.60 | 0.00 | 0.00 | 104,975.43 |
| | Chicago Title & Trust | 2500-000<br>ADMIN | 100 | 2,460.00 | 2,460.00 | 0.00 | 0.00 | 104,975.43 |
| | First American Title | 2500-000<br>ADMIN | 100 | 9,950.00 | 9,950.00 | 0.00 | 0.00 | 104,975.43 |
| | Lawyer's Legs Inc | 2500-000<br>ADMIN | 100 | 250.00 | 250.00 | 0.00 | 0.00 | 104,975.43 |
| | The LaSalle Private Residences | 2500-000<br>ADMIN | 100 | 2,566.29 | 2,566.29 | 0.00 | 0.00 | 104,975.43 |
| | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO IL 60602 | 3210-000<br>ADMIN | 100 | 20,850.00 | 0.00 | 20,850.00 | 20,850.00 | 84,125.43 |
| | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO IL 60602 | 3220-000<br>ADMIN | 100 | 209.76 | 0.00 | 209.76 | 209.76 | 83,915.67 |
| | Kutchins, Robbins & Diamond, Ltd.<br>35 E Wacker Dr<br>Chicago IL 60601 | 3410-000<br>ADMIN | 100 | 2,397.00 | 0.00 | 2,397.00 | 2,397.00 | 81,518.67 |
| ADMINISTRATIVE TOTAL 100 % | | | | 95,260.88 | 15,273.89 | 79,986.99 | 79,986.99 | |
| | Cook County Treasurer | 4700-000<br>SEC | 450 | 34,747.02 | 34,747.02 | 0.00 | 0.00 | 81,518.67 |
| 00001 | Evergreen Bank Group c/o William J. Serritella, Jr.<br>111 E Wacker Dr Ste 2800<br>Chicago IL 60601 | 4110-000<br>SEC | 400 | 887,670.87 | 887,670.87 | 0.00 | 0.00 | 81,518.67 |
| SECURED TOTAL 100 % | | | | 922,417.89 | 922,417.89 | 0.00 | 0.00 | |
| 00002 | Hanna Architects, Inc.<br>c/o Anthony Ruh<br>Evergreen Park IL 60805 | 7100-000<br>UNSEC | 710 | 25,675.00 | 0.00 | 25,675.00<br>204.84 (i) | 25,879.84 | 55,638.83 |
| 00003 | Samuel V.P.Banks & Associates<br>c/o Anthony Ruh<br>9730 S Western Ave<br>Evergreen Park IL 60805 | 7100-000<br>UNSEC | 710 | 5,000.00 | 0.00 | 5,000.00<br>39.89 (i) | 5,039.89 | 50,598.94 |
| 00004 | The LaSalle Private Residences<br>c/o Anthony Ruh<br>9730 South Western Avenue Suite 203<br>Evergreen Park 60805 | 7100-000<br>UNSEC | 710 | 35,371.75 | 0.00 | 35,371.75<br>282.20 (i) | 35,653.95 | 14,944.99 |
| 00005 | HUSSAUN WHITE<br>14519 S Albany Ave<br>Posen IL 60469 | 7100-000<br>UNSEC | 710 | 800.00 | 0.00 | 800.00<br>6.38 (i) | 806.38 | 14,138.61 |
| 00006 | Merit Fire & Security Inc<br>PO Box 116<br>Northbrook IL 60065 | 7100-000<br>UNSEC | 710 | 5,500.00 | 0.00 | 5,500.00<br>43.88 (i) | 5,543.88 | 8,594.73 |

Case 17-04567    Doc 81    Filed 01/19/18    Entered 01/19/18 10:53:06    Desc Main
Document      Page 11 of 14

Case: 17-04567
New Atrirum, LLC

EXHIBIT C - Page 2
Claim Register
Exhibit C

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest (i) | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00007 | Pamela Ross<br>9730 S Western Ave Ste 203<br>Evergreen Park IL 60805 | 7100-000<br>UNSEC | 710 | 2,200.00 | 0.00 | 2,200.00<br>17.55 (i) | 2,217.55 | 6,377.18 |
| 9999 | New Atrirum, LLC<br>1212 N LaSalle Street<br>Chicago IL 60610 | 8200-002<br>SURPLUS | 999 | 6,377.18 | 0.00 | 6,377.18 (i) | 6,377.18 | 0.00 |
| UNSECURED TOTAL 100.00 %<br>INTEREST TOTAL 100.00% | | | | 80,923.93 | 0.00 | 80,923.93<br>594.74 (i) | 81,518.67 | |
| CASE TOTAL | | | | 1,098,602.70 | 937,691.78 | 160,910.92<br>594.74 (i) | 161,505.66 | |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from 02/16/17 through 02/15/18 at a rate of 0.80 % (annualized simple interest).

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   17-04567
Case Name:  New Atrirum, LLC

Trustee Name:   Joseph A. Baldi

| | Balance on Hand | | | | $161,505.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Cook County Treasurer | $ 34,747.02 | $ 34,747.02 | $ 34,747.02 | $ 0.00 |
| 00001 | Evergreen Bank Group c/o | $ 857,289.49 | $ 887,670.87 | $ 887,670.87 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 161,505.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 56,071.54 | $ 0.00 | $ 56,071.54 |
| Trustee, Expenses: Joseph A. Baldi | $ 458.69 | $ 0.00 | $ 458.69 |
| Attorney for Trustee, Fees: ANDREW J. MAXWELL | $ 20,850.00 | $ 0.00 | $ 20,850.00 |
| Attorney for Trustee, Expenses: ANDREW J. MAXWELL | $ 209.76 | $ 0.00 | $ 209.76 |
| Other: Trustee Insurance Agency | $ 47.60 | $ 47.60 | $ 0.00 |
| Other: Chicago Title & Trust | $ 2,460.00 | $ 2,460.00 | $ 0.00 |
| Other: First American Title | $ 9,950.00 | $ 9,950.00 | $ 0.00 |
| Other: Lawyer's Legs Inc | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: The LaSalle Private Residences | $ 2,566.29 | $ 2,566.29 | $ 0.00 |
| Other: Kutchins, Robbins & Diamond, Ltd. | $ 2,397.00 | $ 0.00 | $ 2,397.00 |

| Total to be paid for chapter 7 administrative expenses | $ 79,986.99 |
| Remaining Balance | $ 81,518.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling

UST Form 101-7-TFR (5/1/2011) Page 12

$0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,546.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00002 | Hanna Architects, Inc. | $ 25,675.00 | $ 0.00 | $ 25,675.00 |
| 00003 | Samuel V.P.Banks & Associates | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| 00004 | The LaSalle Private Residences | $ 35,371.75 | $ 0.00 | $ 35,371.75 |
| 00005 | HUSSAUN WHITE | $ 800.00 | $ 0.00 | $ 800.00 |
| 00006 | Merit Fire & Security Inc | $ 5,500.00 | $ 0.00 | $ 5,500.00 |
| 00007 | Pamela Ross | $ 2,200.00 | $ 0.00 | $ 2,200.00 |

Total to be paid to timely general unsecured creditors   $ 74,546.75

Remaining Balance   $ 6,971.92

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.80% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $594.74. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $6,377.18.