UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                               §
New Atrium, LLC                                      §    Case No. 17-04567
                                                     §
                  Debtor(s)                          §
                                                     §
                                                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $997,559.38 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $96,491.94 | |

3) Total gross receipts of $1,100,428.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $6,377.18 (see **Exhibit 2**), yielded net receipts of $1,094,051.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $638,000.00 | $892,036.51 | $922,417.89 | $922,417.89 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $96,491.94 | $96,491.94 | $96,491.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,000.00 | $74,546.75 | $74,546.75 | $75,141.49 |
| **TOTAL DISBURSEMENTS** | $639,000.00 | $1,063,075.20 | $1,093,456.58 | $1,094,051.32 |

   4) This case was originally filed under chapter 7 on 02/16/2017, and it was converted to chapter 7 on 05/25/2017. The case was pending for 13 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   03/06/2018          By :   /s/ Joseph A. Baldi
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1212 N LaSalle, Chicago, IL 60610 | 1110-000 | $1,100,000.00 |
| MB Financial | 1129-000 | $428.50 |
| **TOTAL GROSS RECEIPTS** | | **$1,100,428.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| New Atrirum, LLC | Disb of 100.00% to Claim #9999 | 8200-002 | $6,377.18 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$6,377.18** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer | 4700-000 | NA | $34,747.02 | $34,747.02 | $34,747.02 |
| 00001 | Evergreen Bank Group c/o | 4110-000 | $0.00 | $857,289.49 | $887,670.87 | $887,670.87 |
| | United States of America | | $638,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$638,000.00** | **$892,036.51** | **$922,417.89** | **$922,417.89** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $56,071.54 | $56,071.54 | $56,071.54 |
| Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $2,397.00 | $2,397.00 | $2,397.00 |
| First American Title | 2500-000 | NA | $9,950.00 | $9,950.00 | $9,950.00 |
| The LaSalle Private Residences | 2500-000 | NA | $2,566.29 | $2,566.29 | $2,566.29 |
| Lawyer's Legs Inc | 2500-000 | NA | $250.00 | $250.00 | $250.00 |
| Trustee Insurance Agency | 2420-000 | NA | $47.60 | $47.60 | $47.60 |
| Joseph A. Baldi | 2200-000 | NA | $458.69 | $458.69 | $458.69 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Title & Trust | 2500-000 | NA | $2,460.00 | $2,460.00 | $2,460.00 |
| ANDREW J. MAXWELL | 3210-000 | NA | $20,850.00 | $20,850.00 | $20,850.00 |
| ANDREW J. MAXWELL | 3220-000 | NA | $209.76 | $209.76 | $209.76 |
| Texas Capital Bank | 2600-000 | NA | $1,231.06 | $1,231.06 | $1,231.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $96,491.94 | $96,491.94 | $96,491.94 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00007 | Pamela Ross | 7100-000 | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| 00007 | Pamela Ross | 7990-000 | $0.00 | NA | NA | $17.55 |
| 00006 | Merit Fire & Security Inc | 7100-000 | $0.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| 00006 | Merit Fire & Security Inc | 7990-000 | $0.00 | NA | NA | $43.88 |
| 00005 | HUSSAUN WHITE | 7100-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| 00005 | HUSSAUN WHITE | 7990-000 | $0.00 | NA | NA | $6.38 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | The LaSalle Private Residences | 7100-000 | $0.00 | $35,371.75 | $35,371.75 | $35,371.75 |
| 00004 | The LaSalle Private Residences | 7990-000 | $0.00 | NA | NA | $282.20 |
| 00003 | Samuel V.P.Banks & Associates | 7100-000 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| 00003 | Samuel V.P.Banks & Associates | 7990-000 | $0.00 | NA | NA | $39.89 |
| 00002 | Hanna Architects, Inc. | 7100-000 | $0.00 | $25,675.00 | $25,675.00 | $25,675.00 |
| 00002 | Hanna Architects, Inc. | 7990-000 | $0.00 | NA | NA | $204.84 |
|  | Chicago Title & Trust |  | $1,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $1,000.00 | $74,546.75 | $74,546.75 | $75,141.49 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: 17-04567 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
| Case Name: New Atrium, LLC | | Date Filed (f) or Converted (c): 05/25/2017 (c) |
| | | 341(a) Meeting Date: 02/16/2017 |
| For Period Ending: 03/06/2018 | | Claims Bar Date: 09/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1212 N LaSalle, Chicago, IL 60610 | 1,100,000.00 | 1,100,000.00 | | 1,100,000.00 | FA |
| 2. MB Financial | 2,325.00 | 428.50 | | 428.50 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,102,325.00 | 1,100,428.50 | | 1,100,428.50 | 0.00 |

Re Prop. #1   Real property sold per order 7/11/17 [dkt 70]
Re Prop. #2   Trustee obtained turnover of funds in bank as of conversion date

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 10, 2017:  The closing for the sale of the real property took place on August 25, 2017.  The first mortgage and customary costs of sale were paid at closing per the order approving sale [dkt 70].  Trustee deposited net proceeds of $162,355.82 into Estate as a result of the sale.  Trustee prepared and filed his Report of Sale on 8/29/17 [dkt 78].  Trustee worked with his accountants to prepare and file Estate tax returns.

August 15, 2017:  Trustee received this court's authority to sell the real property pursuant to an order dated 7/11/17 [dkt 70].  Trustee prepared and filed operating reports for the ch. 11 period [dkt 75, 76] and a ch. 11 trustee final report [dkt 74] on 8/8/11.

June 30, 2017:  An involuntary chapter 11 petition was filed against the Debtor in February 2017.  An order for relief was entered on March 28, 2017 and Joseph Baldi was appointed chapter 11 trustee on April 25, 2017.  Chapter 11 trustee investigated the Debtor's assets and liabilities and conducted an extensive review of the pleadings in the bankruptcy case as well as the foreclosure case filed by Evergreen Bank in July 2016 and pending in the NDIL and the adversary case filed against the USA to determine the validity, priority and extent of a lien asserted by USA against Michael Chezan.  Ch. 11 trustee also reviewed multiple operating documents to which the Debtor was a party.  Ch. 11 trustee negotiated with the minority owner for a sale of the real property.  On May 25, 2017, on the ch. 11 trustee's motion, the case was converted to a chapter 7 case.  Trustee filed his motion to approve the proposed sale to the minority owner which was approved by the Court on July 11.

Trustee reviewed adversary complaint against USA, negotiated agreement to dismiss with USA agreeing not to assert a lien on property of the estate.

Trustee will close sale, review claims and investigate further assets.  Expect to close case by year end.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 17-04567 | **Judge:** Janet S. Baer | **Trustee Name:** Joseph A. Baldi |
| **Case Name:** New Atrium, LLC | | **Date Filed (f) or Converted (c):** 05/25/2017 (c) |
| | | **341(a) Meeting Date:** 02/16/2017 |
| **For Period Ending:** 03/06/2018 | | **Claims Bar Date:** 09/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2018     **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**    /s/Joseph A. Baldi         **Date:** 03/06/2018
                Joseph A. Baldi
                20 N. Clark St. Suite 200
                Chicago, IL 60602
                Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-04567 | |
| Case Name: | New Atrium, LLC | |
| Taxpayer ID No: | **-***2588 | |
| For Period Ending: | 3/6/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5609 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/26/2017 | | Joseph A Baldi, chapter 11 trustee | turnover of funds from chapter 11 trustee | | 110,428.50 | | 110,428.50 |
| | [1] | | turnover of earnest money deposit | 110,000.00 | 1110-000 | | |
| | [2] | | turnover of balance of bank account | 428.50 | 1129-000 | | |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 29.86 | 110,398.64 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 154.26 | 110,244.38 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 154.05 | 110,090.33 |
| 08/08/2017 | [1] | Pamela Ross<br>91 Meadowview Drive<br>Northfield, IL 60093 | Additional Earnest Money Deposit for Sale of 1212 LaSalle Street (sold per order 7/11/17 [dkt 70] | 1110-000 | 50,000.00 | | 160,090.33 |
| 08/22/2017 | | Pamela Ross<br>91 Meadowview Drive<br>Northfield, IL 60093 | Additional Earnest Money Deposit for Sale of 1212 LaSalle Street (sold per order 7/11/17 [dkt 70] | 1110-000 | 40,000.00 | | 200,090.33 |
| | | | | Page Subtotals | 200,428.50 | 338.17 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-04567 | Trustee Name: Joseph A. Baldi |
| Case Name: New Atrium, LLC | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5609 Checking Account |
| Taxpayer ID No: **-***2588 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/6/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/24/2017 | 51001 | Chicago Title Land Trust Company<br>10 S La Salle St<br>Chicago, IL 60603 | Land Trust Fees | 2500-000 | | 2,460.00 | 197,630.33 |
| 08/25/2017 | | First American Title Insurance Company<br>30 N LaSalle Street, Suite 2220<br>Chicago, IL 60602 | Transfer of Earnest Money received 8/22/17 from Pamela Ross to Title Company to cover closing costs | 1110-000 | (40,000.00) | | 157,630.33 |
| 08/28/2017 | | First American Title Insurance Company<br>30 North LaSalle Street, Ste. 2220<br>Chicago, IL 60602 | Net Sale Proceeds Received from Closing of 1212 N LaSalle St (sold per order 7/11/17 [dkt 70]) | | 4,815.82 | | 162,446.15 |
| | [1] | | Earnest money received 8/22/17 from Pamela Ross (transferred to title company from Estate on 8/25/17) 40,000.00 | 1110-000 | | | |
| | [1] | | Balance of gross sale proceeds from P. Ross (sold per order 7/11/17 [dkt 70] 900,000.00 | 1110-000 | | | |
| | | | First American Title - Closing Protection Coverage to Title Company (50.00) | 2500-000 | | | |
| | | | First American Title - Deed & Money Escrow to Title Company (800.00) | 2500-000 | | | |
| | | | First American Title - Commitment Update Search to Title Company (125.00) | 2500-000 | | | |
| | | | First American Title - Chicago Water Process & Payment Service Fee (75.00) | 2500-000 | | | |
| | | | | Page Subtotals | (35,184.18) | 2,460.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | New Atrium, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | First American Title - Owner's Policy to Title Company | (3,600.00) | 2500-000 | | |
| | | | First American Title - Commercial Extended Coverage to Title Company | (350.00) | 2500-000 | | |
| | | | First American Title - County Transfer Tax to Title Company | (550.00) | 2500-000 | | |
| | | | First American Title - City Transfer Tax to Title Company | (3,300.00) | 2500-000 | | |
| | | | First American Title - State Transfer Tax to Title Company | (1,100.00) | 2500-000 | | |
| | | | Special Assessment & Balance thru 8/31/17 to LaSalle Private Residences | (2,566.29) | 2500-000 | | |
| | | | Water Certification to Lawyer's Legs, Inc. | (250.00) | 2500-000 | | |
| | | | Evergreen Bank (claim 1) - First Mortgage - balance of payoff, in full, as of closing date (claim 1) | (887,670.87) | 4110-000 | | |
| | | | Cook County Treasurer- County Taxes (1/1/17 - 8/18/17) | (34,747.02) | 4700-000 | | |
| 08/30/2017 | 51002 | Trustee Insurance Agency - Seneca 2813 West Main Kalamazoo, MI 49006 | Commercial Insurance - 8/10 - 8/25/17 Policy No. RMP4700056 | | 2420-000 | | 47.60 | 162,398.55 |
| | | | | Page Subtotals | 4,815.82 | 47.60 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | Trustee Name: | Joseph A. Baldi |
| Case Name: | New Atrium, LLC | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 213.87 | 162,184.68 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.69 | 161,957.99 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.33 | 161,731.66 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 226.00 | 161,505.66 |
| 02/14/2018 | 51003 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 56,071.54 | 105,434.12 |
| 02/14/2018 | 51004 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 458.69 | 104,975.43 |
| | | | Page Subtotals | | 0.00 | 57,423.12 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | New Atrium, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/14/2018 | 51005 | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | | 3210-000 | | 20,850.00 | 84,125.43 |
| 02/14/2018 | 51006 | ANDREW J. MAXWELL<br>MAXWELL LAW GROUP<br>20 N. CLARK ST, STE. 200<br>CHICAGO , IL 60602 | | 3220-000 | | 209.76 | 83,915.67 |
| 02/14/2018 | 51007 | Kutchins, Robbins & Diamond, Ltd.<br>35 E Wacker Dr<br>Chicago, IL 60601 | | 3410-000 | | 2,397.00 | 81,518.67 |
| 02/14/2018 | 51008 | New Atrirum, LLC<br>1212 N LaSalle Street<br>Chicago, IL 60610 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 6,377.18 | 75,141.49 |
| 02/14/2018 | 51009 | Hanna Architects, Inc.<br>c/o Anthony Ruh<br>Evergreen Park, IL 60805 | Disb of 100.80% to Claim #00002 | | | 25,879.84 | 49,261.65 |
| | | | | 7100-000 | (25,675.00) | | |
| | | | | 7990-000 | (204.84) | | |
| 02/14/2018 | 51010 | Samuel V.P.Banks & Associates<br>c/o Anthony Ruh<br>9730 S Western Ave<br>Evergreen Park, IL 60805 | Disb of 100.80% to Claim #00003 | | | 5,039.89 | 44,221.76 |
| | | | Page Subtotals | | 0.00 | 55,713.78 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-04567 | |
| Case Name: | New Atrium, LLC | |
| Taxpayer ID No: | **-***2588 | |
| For Period Ending: | 3/6/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5609 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | | (5,000.00) | 7100-000 | | |
| | | | | (39.89) | 7990-000 | | |
| 02/14/2018 | 51011 | The LaSalle Private Residences c/o Anthony Ruh 9730 South Western Avenue Suite 203 Evergreen Park, 60805 | Disb of 100.80% to Claim #00004 | | | 35,653.95 | 8,567.81 |
| | | | | (35,371.75) | 7100-000 | | |
| | | | | (282.20) | 7990-000 | | |
| 02/14/2018 | 51012 | HUSSAUN WHITE 14519 S Albany Ave Posen, IL 60469 | Disb of 100.80% to Claim #00005 | | | 806.38 | 7,761.43 |
| | | | | (800.00) | 7100-000 | | |
| | | | | (6.38) | 7990-000 | | |
| 02/14/2018 | 51013 | Merit Fire & Security Inc PO Box 116 Northbrook, IL 60065 | Disb of 100.80% to Claim #00006 | | | 5,543.88 | 2,217.55 |
| | | | | (5,500.00) | 7100-000 | | |
| | | | | (43.88) | 7990-000 | | |
| | | | | Page Subtotals | | 0.00 | 47,044.10 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04567 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | New Atrium, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5609 Checking Account |
| Taxpayer ID No: | **-***2588 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/6/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/14/2018 | 51014 | Pamela Ross<br>9730 S Western Ave Ste 203<br>Evergreen Park, IL 60805 | Disb of 100.80% to Claim #00007 | | | 2,217.55 | 0.00 |
| | | | | (2,200.00) | 7100-000 | | |
| | | | | (17.55) | 7990-000 | | |

Page Subtotals         0.00         2,217.55

| | COLUMN TOTALS | 165,244.32 | 165,244.32 |
|---|---|---|---|
| | Less: Bank Transfer/CD's | 0.00 | 0.00 |
| | SUBTOTALS | 165,244.32 | 165,244.32 |
| | Less: Payments to Debtors | | 6,377.18 |
| | Net | 165,244.32 | 158,867.14 |

| All Accounts Gross Receipts: | 1,100,428.50 |
| All Accounts Gross Disbursements: | 1,100,428.50 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5609 Checking Account | 165,244.32 | 165,244.32 | |
| **Net Totals** | 165,244.32 | 165,244.32 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 14)                                                                              **Exhibit 9**